**Order entered July 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01393-CV

**HARMEL & CAR, INC. D/B/A RIGHT AT HOME, Appellant**

**V.**

**MARIA COLLINS, Appellee**

**On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-02515**

## ORDER

We **GRANT** appellee's motion to strike evidence not in the record as follows. We

**STRIKE** Exhibit A to Appellant Harmel & Car d/b/a Right at Home's Reply Brief.

/s/     BILL WHITEHILL
           JUSTICE